COURTNEY C. WENRICK (State Bar No. 286380)
ccw@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KYLE WISHNER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02832 MWF (SKx)<br>Hon. Michael W. Fitzgerald<br>Ctrm. 1600 – Spring St.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:　April 25, 2016<br>Trial Date:　　None Set |

07685.1640/11021986.2

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KYLE WISHNER and Defendant WELLS FARGO BANK, N.A. by and through their undersigned counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATED:  December 18, 2017

SEVERSON & WERSON
A Professional Corporation

By:  */s/ Rebecca S. Saelao*
Rebecca S. Saelao

Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED:  December 18, 2017

THE LAW OFFICES OF ANDRE L. VERDUN

By:  */s/ Andre L. Verdun*
Andre L. Verdun

Attorneys for Plaintiff
KYLE WISHNER

07685.1640/11021986.2

STIPULATION OF DISMISSAL WITH PREJUDICE

# SIGNATURE CERTIFICATION

I, Rebecca Saelao, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i) and (Fed. R. Civ. P. 7-1), I hereby certify that the content of this document is acceptable to the above signatory and that I have obtained his authorization to affix his electronic signature to this document and he concurs in this filing.

DATED: December 18, 2017

SEVERSON & WERSON
A Professional Corporation

By: _*/s/ Rebecca S. Saelao*_
       Rebecca S. Saelao

Attorneys for Defendant
WELLS FARGO BANK, N.A.

07685.1640/11021986.2